Carl **HAUPTMAN, R. H. Johnstone, and Clint Griffith,**
**Petitioners, v. The UNITED STATES of America.**

No. 597.

Supreme Court of the United States.

Jan. 19, 1931.

For opinion below, see 43 F.(2d) 86.

Messrs. Robert W. Jennings, of San Francisco, Cal., and
A. H. Ziegler and W. A. Holzheimer, both of Ketchikan,
Alaska, for petitioners.

Messrs. Thomas D. Thacher, Sol. Gen., of Washington,
D. C., G. A. Youngquist, Asst. Atty. Gen., Claude R.
Branch, John F. Coldiron, and W. Marvin Smith, Sp.
Assts. to Atty. Gen., for the United States.

Petition for writ of certiorari to the United States Cir-
cuit Court of Appeals for the Ninth Circuit denied.

282 U.S. 904, 51 S.Ct. 333

**WALSTEIN G. SMITH, as Treasurer of the Territory of Alaska,**
**Petitioner, v. Wood FREEMAN.**

No. 616.

Supreme Court of the United States.

Feb. 25, 1931.

For opinion below, see 44 F.(2d) 703.

Mr. John Rustgard, of Juneau, Alaska, for petitioner.

Petition for writ of certiorari to the United States Cir-
cuit Court of Appeals for the Ninth Circuit denied.